# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>    SAM POULOS<br>    KYRA POULOS<br>            Debtor(s) | Case No. 12-09408 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/09/2012.

2) The plan was confirmed on 05/17/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/16/2013, 12/05/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/29/2013, 10/16/2013.

5) The case was dismissed on 03/07/2014.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $850.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $19,600.00 |
| Less amount refunded to debtor | $600.00 |

**NET RECEIPTS:** $19,000.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,471.54 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $714.26 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,185.80

Attorney fees paid and disclosed by debtor:     $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFINITY CASH LOANS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 564.76 | NA | NA | 0.00 | 0.00 |
| ALPINE DIRECT SERVICES LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL LENDERS | Unsecured | 1,813.39 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,288.00 | 5,260.62 | 5,260.62 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 726.83 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 654.70 | NA | NA | 0.00 | 0.00 |
| CASH BANC | Unsecured | 1,258.94 | NA | NA | 0.00 | 0.00 |
| CASH YES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA.COM | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 12,924.00 | 12,443.23 | 12,443.23 | 8,523.13 | 835.90 |
| CITIFINANCIAL | Secured | 12,280.00 | 11,378.54 | 11,378.54 | 0.00 | 0.00 |
| CITIFINANCIAL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 384.48 | NA | NA | 0.00 | 0.00 |
| COURTYARDS OF ORCHARD VALLE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COURTYARDS OF ORCHARD VALLE | Secured | 3,445.00 | 3,445.00 | 3,445.00 | 1,701.87 | 0.00 |
| CREDIT CONTROL LLC | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| FAST & RELIABLE CASH | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 879.52 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 294.92 | NA | NA | 0.00 | 0.00 |
| FRONTLINE ASSET STRATEGIES | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AVIATION ACADEMY | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TITLE LOANS | Secured | 630.00 | 630.00 | 630.00 | 157.85 | 9.50 |
| KANE COUNTY TEACHERS CU | Unsecured | 4,226.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 3,194.25 | 3,194.25 | 3,194.25 | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 750.00 | 1,182.22 | 1,182.22 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,747.00 | 1,819.78 | 1,819.78 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 420.25 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 800.00 | 740.01 | 740.01 | 0.00 | 0.00 |
| REDSTONE FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 306.43 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 1,147.37 | 1,440.00 | 1,440.00 | 0.00 | 0.00 |
| SPEEDY CASH 37 | Unsecured | 465.98 | NA | NA | 0.00 | 0.00 |
| TIOR CAPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TOTAL CARD | Unsecured | 482.88 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Unsecured | 1,468.59 | 1,585.68 | 1,585.68 | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 600.00 | 654.70 | 654.70 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 15,823.00 | 15,823.00 | 15,823.00 | 4,134.38 | 1,451.57 |
| WELLS FARGO DEALERS SERVICES | Unsecured | NA | 1,250.29 | 1,250.29 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $11,378.54 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,896.23 | $12,815.36 | $2,296.97 |
| All Other Secured | $3,445.00 | $1,701.87 | $0.00 |
| **TOTAL SECURED:** | **$43,719.77** | **$14,517.23** | **$2,296.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,127.55** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,185.80 |
| Disbursements to Creditors | $16,814.20 |
| **TOTAL DISBURSEMENTS** : | **$19,000.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/09/2014        By: /s/ Glenn Stearns
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.